**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVO BRANDS, LLC, PVG2, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PERFORMANCE PLUS MARKETING, INC., ALMUNTASSER ("ALEX") HBAIU, AND ALI SHEIKH <br><br> Defendants. <br><br> PERFORMANCE PLUS MARKETING, INC., ALMUNTASSER ("ALEX") HBAIU, AND ALI SHEIKH <br><br> Counterclaimants <br><br> v. <br><br> EVO BRANDS, LLC, PVG2, LLC, <br><br> Counter-Defendants | Case No. 2:22-cv-00520-JFW-SKx <br><br> Honorable John F. Walter <br><br> **ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |

**ORDER**

The Court, having reviewed Plaintiffs Evo Brands, LLC and PVG2, LLC and Defendants Performance Plus Marketing Inc., Alex Hbaiu, and Ali Sheikh's (collectively, the "Parties") foregoing Joint Stipulation and good causing appearing therefore, the Court hereby GRANTS the Parties' Joint Stipulation and DISMISSES all claims and counterclaims in the above-captioned matter without prejudice with each Party to bear its own costs and fees.

IT IS SO ORDERED

Date:  October 14, 2022

                                               Hon. John F. Walter
                                               U.S. District Judge